**TO: Clerk's Office**

    **UNITED STATES DISTRICT COURT**
    **EASTERN DISTRICT OF NEW YORK**



    **APPLICATION FOR LEAVE**
   **TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

  - against -   -v.-

SHUJUN WANG,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

22-MJ-250_____
**Docket Number**

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name:  AUSA Artie McConnell
Firm Name:USDOJ USAO EDNY
Address:_____

Phone Number:_____
E-Mail Address: artie.mcconnell@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓  NO___
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

prevent destruction of evidence, flight and witness tampering

 United States v. Amodeo, 71 F.3d 1044 (2d Cir 1995)

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn       , NEW YORK

    March 8, 2022

**U.S. MAGISTRATE JUDGE** *Marcia M. Henry*

RECEIVED IN CLERK'S OFFICE_____
                                         DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** _ _This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

3/8/2022
██████████
    **DATE**

/s/ Artie McConnell
    **SIGNATURE**